UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEE CRAY,<br><br>          Plaintiff,<br><br>     v.<br><br>F. CORREIA, *et al.*,<br><br>          Defendants. | No. 1:19-cv-01641-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 12) |

      Plaintiff Joseph Lee Cray is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 4, 2020, the assigned magistrate judge issued findings and recommendations, recommending that the action proceed with plaintiff's claim against defendant F. Correia for excessive force in violation of the Eighth Amendment and that all other claims and defendants be dismissed.  (Doc. No. 12 at 2).  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service.  (*Id.*)  Despite the court granting plaintiff an extension of time to file objections, (Doc. No. 20), no objections have been filed, and the time to do so has now passed.

/////

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 4, 2020 (Doc. No. 12) are adopted in full;
2. The action proceeds on plaintiff's claim of excessive force in violation of the Eighth Amendment against defendant F. Correia;
3. All other claims and defendants are dismissed;
4. The Clerk of the Court is directed to amend the docket to reflect the dismissal of all defendants other than F. Correia; and
5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 29, 2020**

_____
UNITED STATES DISTRICT JUDGE