UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. CRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>F. CORREIA,<br><br>    Defendant. | Case No. 1:19-cv-001641-DAD-EPG (PC)<br><br>ORDER VACATING DISCOVERY AND STATUS CONFERENCE |

On December 23, 2020, the Court set a telephonic discovery and status conference. (ECF No. 34). The conference is currently set for June 14, 2021, at 1:30 p.m. (Id.).

In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the telephonic discovery and status conference is VACATED. This order does not alter the deadline to file motions to compel, which is April 5, 2021. Responses to motions to compel are due within twenty-one days after the motion is filed.[1]

IT IS SO ORDERED.

Dated: __February 16, 2021__      /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] If after reviewing a motion to compel the Court determines that a hearing would be beneficial, the Court will set a hearing on the motion.